UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL A. CULBREATH                                                                                    PLAINTIFF

v.                                      CASE NO. 3:05-CV-280 GTE

JACKIE MORGAN, RANDAL J. WILLIAMS,
JACK McCANN, JARRED BASSHAM,
and CRAIGHEAD COUNTY SHERIFF'S DEPARTMENT                        DEFENDANTS

## ORDER

Presently before the Court is the Motion to Dismiss filed by Separate Defendants Jack McCann and Jarred Bassham. Movants seek dismissal of Defendant Craighead County Sheriff's Department, averring that Arkansas statutes do not recognize the Sheriff's Department as a legal entity capable of suing or being sued. Movants state that Arkansas law created the position of sheriff and allowed for the appointment of deputies, but has not authorized the creation of a "Sheriff's Department".

Upon reviewing the *pro se* Complaint filed in this action, it appears that Plaintiff intended to sue the Jack McCann not only in his individual capacity, but also in his official capacity as Craighead County Sheriff. In other words, Plaintiff added the Craighead County Sheriff's Department to present an action against the County, claiming liability by the local government for the alleged wrongs Plaintiff suffered. Accordingly, the Court sees no prejudice dismissing the Craighead County Sheriff's Department and, pursuant to Fed. R. Civ. P. 21, *sua sponte* joining the Craighead County as a Defendant to this action. The Court does not offer an opinion as to whether the Craighead County Sheriff's Department is a "person" for purposes of 42 U.S.C. § 1983 or whether Arkansas state law recognizes the Sheriff's Department as a governmental entity.

- 1 -

The Court notes that Plaintiff's response to the Motion to Dismiss raises issues more appropriate for a motion for remand. Nonetheless, the Court will address Plaintiff's concerns. This action was removed to this Court from the Craighead County Circuit Court on December 12, 2005. As grounds for removal, Defendants assert that Plaintiff seeks relief under 42 U.S.C. § 1983. Plaintiff argues that remand is appropriate because he has raised state law claims in addition to his civil rights claims. It appears to the Court that this lawsuit was properly removed from the Craighead County Circuit Court on the basis of federal subject matter jurisdiction, and the state law claims that Plaintiff has raised or will raise may be considered by the Court pursuant to its supplemental jurisdiction.

IT IS THEREFORE ORDERED that the Motion to Dismiss (Dkt. #4) be, and it is hereby, GRANTED. Craighead County Sheriff's Department shall be dismissed as a defendant from this lawsuit.

IT IS FURTHER ORDERED that Craighead County, be, and it is hereby, JOINED as a Defendant to this lawsuit.

Dated this 20th day of March, 2006.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE