**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PAUL A. CULBREATH**                                                            **PLAINTIFF**

**v.**                                   **CASE NO. 3:05-CV-280 GTE**

**JACKIE MORGAN,**
**and RANDAL J. WILLIAMS**                                             **DEFENDANTS**

## ORDER OF DISMISSAL

This Court had subject matter jurisdiction over this action based solely on the Plaintiff's assertions of federal causes of action under 42 U.S.C. § 1983. By Order dated August 9, 2006, the Court summary judgment on each and every § 1983 claim asserted by the Plaintiff. Pursuant to 28 U.S.C. § 1367(c), the Court in its discretion may decline to exercise supplemental jurisdiction over remaining state law claims after it has dismissed all claims over which it has original jurisdiction.

The remaining state law claims are grounded in a contract dispute and appeared distinct from the alleged § 1983 claims. The Plaintiff and remaining Defendants are proceeding *pro se*, and it is unclear that discovery has been complete. Additionally, it appears that the contract dispute here involves an amount less than or equal to $2,725.00. Therefore, the Court exercises its discretion to dismiss the remaining state law claims. Plaintiff, if he so chooses, may pursue such state law claims in the appropriate state court forum.

IT IS THEREFORE ORDERED, *sua sponte*, pursuant to 28 U.S.C. § 1367, that the Court declines to exercise supplemental jurisdiction over the remaining state law claims. Said claims

- 1 -

- 2 -

are hereby DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court is hereby directed to terminate this case.

    Dated this 25th day of August, 2006.

                                    __/s/ Garnett Thomas Eisele_____
                                    UNITED STATES DISTRICT JUDGE